# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2021

160091

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v

MICHAEL TERRENCE CANNON,
           Defendant-Appellant.

SC: 160091
COA: 343995
Wayne CC: 06-006726-FC

_____/

On order of the Court, the application for leave to appeal the June 20, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2021



Clerk

p0125